[No. 10206–1–I. Division One. July 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE
RICHARD TURREY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02598–4, Warren Chan, J., entered April

21, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Corbett, JJ.